THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL PAUL, Appellant. [844 NYS2d 735]—Appeal from a judgment of the Supreme Court, Onondaga County (John J.

Brunetti, A.J.), rendered August 1, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal mischief in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Milczakowskyj*, 286 AD2d 928 [2001], *lv denied* 97 NY2d 657 [2001]). Present—Gorski, J.P., Martoche, Smith, Peradotto and Green, JJ.